AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Western District of Wisconsin

| | | |
|---|---|---|
| ZAMORA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  3:23-CV-815-jdp |
| SUTER ET AL. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff David A. Zamora                                                                                                                          .

Date:   01/31/2024

/s/ Thomas R. Kayes
*Attorney's signature*

Thomas R. Kayes (Il. Bar. No. 6315461)
*Printed name and bar number*

2045 W Grand Ave
Ste B PMB 62448
Chicago, IL 60612

*Address*

tom@civilrightsgroup.com
*E-mail address*

(708) 722-2241
*Telephone number*

*FAX number*