UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DAVID A. ZAMORA,

    Plaintiff,

vs.

                          Case No. 3:23-cv-00815-jdp

CHRISTINE SUTER ET AL.,

    Defendant.

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff files this notice of dismissal without prejudice. No defendant has served either an answer or motion for summary judgment.

Dated: January 31, 2024

                                            Respectfully submitted,

                                            /s/ Thomas R. Kayes

                                            Thomas R. Kayes
                                            THE CIVIL RIGHTS GROUP, LLC
                                            2045 W Grand Ave, Ste B, PMB 62448
                                            Chicago, IL 60612
                                            t. 708.722.2241
                                            tom@civilrightsgroup.com
                                            www.civilrightsgroup.com

                                            Attorneys for Plaintiff